

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In re C.M.B.H., a Child

No. 06-23-00085-CV

Original Mandamus Proceeding

Memorandum Opinion delivered by Chief Justice Stevens, Justice van Cleef and Justice Rambin participating.

As stated in the Court's opinion of this date, we find that the Relator's petition for a writ of mandamus should be conditionally granted, and we direct the 62nd Judicial District Court of Lamar County, Texas, to vacate the court's temporary order of June 14, 2023, granting Grandmother managing conservatorship with the right to designate the primary residence of C.M.B.H. The writ will issue only if the trial court fails, within twenty days of the date of our opinion, to take appropriate action in accordance with that opinion.

RENDERED NOVEMBER 20, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk